**LAW OFFICES OF**
**BIO & LARACCA, P.C.**
*331 Central Avenue*
*Orange, New Jersey 07050*
*(973) 675-6006*
*fax (973) 675-7333*
*mlaracca@yahoo.com*
*Attorneys for Defendant, Justin Cerrato*

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiff(s) | |
| vs. | CRIMINAL NO.: 08-327 (SRC) |
| ANDREW MEROLA aka ANDREW KNAPIK; JUSTIN CERRATO, et al | CONSENT ORDER |
| Defendant(s) | |

**THIS MATTER** having come before the Court on an application by Bio & Laracca, PC, attorneys for Justin Cerrato and said application/request having been consented to by the United States Attorney's Office, and for good cause shown;

IT IS, on this ___21___ day ___July___ of 2010,

**ORDERED** that the Defendant Justin Cerrato be allowed to travel to Aruba from September 25, 2010 until October 2, 2010 for a family vacation; and it is further

**ORDERED** that the Defendant Justin Cerrato's passport shall be temporarily returned to him on September 24, 2010 so that he can travel to Aruba on the above referenced dates, and the passport will be returned to Pre-Trial on or before October 4, 2010; and it is further

**ORDERED** that a copy of this Order will immediately be served on Pre-Trial Services

_____
MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE
STANLEY R. CHESLER, USDJ

We hereby consent to the entry of this Order

_____          S/ Marco Laracca
Bohdan Vitvitsky, A.U.S.A.                Marco A. Laracca, Esq.