*LAW OFFICES OF*
*BIO & LARACCA, P.C.*
*331 Central Avenue*
*Orange, New Jersey 07050*
*(973) 675-6006*
*fax (973) 675-7333*
*mlaracca@yahoo.com*
*Attorneys for Defendant Justin Cerrato*

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEW JERSEY** |
| Plaintiff(s) | |
| vs. | **CRIMINAL NO.: 08-327 (SRC)** |
| ANDREW MEROLA aka ANDREW KNAPIK; JUSTIN CERRATO, et al | |
| | **CONSENT ORDER TO MODIFY** |
| | **BAIL CONDITIONS** |
| Defendant(s) | |

**THIS MATTER** having come before the Court on an application by Bio & Laracca, PC, attorneys for Justin Cerrato and said application/request having been consented to by the United States Attorney's Office, and for good cause shown;

**IT IS**, on this _14_ day _March_ of 2011,

**ORDERED** that the prior Order Setting Conditions of Release for the Defendant Justin Cerrato is modified to allow for the release of his passport currently in the possession of pre-trial services; and it is further

**ORDERED** that the Defendant Justin Cerrato's passport shall be returned to him by Pre-Trial Services upon execution of this Order; and it is further

**ORDERED** that a copy of this Order will immediately be served on Pre-Trial Services

_____
**JUDGE STANLEY R. CHESLER**
**UNITED STATES DISTRICT JUDGE**

The undersigned hereby consents to the entry of this Order

_____
**Bohdan Vitvitsky, A.U.S.A.**