**LAW OFFICES OF**
**BIO & LARACCA, P.C.**
*331 Central Avenue*
*Orange, New Jersey 07050*
*(973) 675-6006*
*fax (973) 675-7333*
*mlaracca@yahoo.com*
*Attorneys for Defendant, Justin Cerrato*

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiff(s) | |
| vs. | CRIMINAL NO.: 08-327 (SRC) |
| ANDREW MEROLA aka ANDREW KNAPIK; JUSTIN CERRATO, et al | |
| | **CONSENT ORDER TO MODIFY** |
| | **HOME CONFINEMENT SENTENCE** |
| Defendant(s) | |

**THIS MATTER** having come before the Court on an application by Bio & Laracca, PC, attorneys for Justin Cerrato and said application/request having been consented to by the United States Attorney's Office, and for good cause shown;

**IT IS**, on this ___11___ day ___May___ of 2011,

**ORDERED** that the Defendant Justin Cerrato be allowed to attend a wedding on May 14, 2011 at St. Rose of Lima Church in East Hanover, NJ and then be allowed to attend the reception which will follow ( May 14, 2011 ) at Ravello's Banquet Hall, also located in East Hanover, NJ; and it is further

**ORDERED** that in exchange for being allowed to attend the wedding, an additional day will be added to the end of his home confinement sentence to make up for May 14, 2011; and it is further

**ORDERED** that a copy of this Order will immediately be served on The United States Probation Department.

**JUDGE STANLEY R. CHESLER**
**UNITED STATES DISTRICT JUDGE**

The undersigned hereby consents to the entry of this Order

Bohdan Vitvitsky, A.U.S.A.