UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| v. | : | CRIMINAL NO.: **2:08-cr-00327(SRC)** |
| JUSTIN CERRATO, et al | : | **CRIMINAL ACTION** |
| | : | **ORDER** |
| Defendant (s) | : | |

---

**THIS MATTER** having been brought before the Court on motion of Marco A. Laracca, attorney for the defendant, Justin Cerrato, and the Court having considered the matter and good cause appearing;

**IT IS ON THIS** ___ day of _____, 2011

**ORDERED** that Justin Cerrato be allowed to attend a wedding in Philadelphia, PA on September 25, 2011 and that he be permitted to leave for said wedding the day before ( September 24, 2011 ); and it is further

**ORDERED** that Justin Cerrato be permitted to travel to Aruba from September 26, 2011 until October 6, 2011; and it is further

**ORDERED** that probation shall return Justin Cerrato's passport to him prior to September 24, 2011 so that he can travel to Aruba and he must return said passport to probation within ___ days of his return

_____
,U.S.D.J.